IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| REBECCA CATHERINE FIELDS | } | BANKRUPTCY CASE NO.: |
| | } | |
| DEBTOR | } | 13-71148 |
| | } | |

**ORDER TEMPORARILY EXTENDING AUTOMATIC STAY PENDING HEARING**

This matter is before the Court upon the Debtor's Motion to Extend Automatic Stay, and it appearing to the Court that no hearing date in Roanoke is available within thirty (30) days of the filing date and upon the agreement of the Trustee as evidenced below, it is

**ORDERED** that the Automatic Stay shall remain in full force and effect pending hearing on **_August 12, 2013 at 11:00 a.m._** before the United States Bankruptcy Court for the Western District of Virginia, located in Old Federal Building, Room 212, 2nd Floor, Corner 2nd and Church Avenue, Roanoke, Virginia.

An electronic copy is directed to Trustee, Christopher T. Micale, and to counsel for Debtor, Michael D. Hart, at Michael D. Hart, P.C. Counsel shall serve a copy upon Debtor, and all creditors, and certify mailing to the Court.

Enter this 29th day of July, 2013.

_William F. Stone, Jr._
United States Bankruptcy Judge

I ask for this:                              Seen and agreed:

/s/ Michael D. Hart                         /s/ Christopher T. Micale
Michael D. Hart, Esq.                       Christopher T. Micale, Trustee
Michael D. Hart, P.C.                       Jason B. Shorter, Counsel
Post Office Box 622
Roanoke, VA 24004
540 342-9736