IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| REBECCA CATHERINE FIELDS | } | BANKRUPTCY CASE NO.: |
| | } | |
| DEBTOR | } | 13-71148 |
| | } | |

## ORDER EXTENDING AUTOMATIC STAY

This matter having come before the Court upon the Motion to Extend Stay, filed by Debtor, and the Court having considered the pleadings, the representations of counsel for the Debtor, and/or the endorsements hereto, and good cause appearing, it is

**ORDERED** that the Motion is granted, and the Automatic Stay shall remain in full force and effect pending further Order of this Court.

An electronic copy is directed to the Trustee, Christopher T. Micale, and to counsel for Debtor, Bryan James Palmer, Esq., at Michael D. Hart, P.C.  Counsel shall serve a copy upon Debtor, Rebecca Catherine Fields, at 2937 Glenrose Avenue Roanoke, VA 24017-3129, and all creditors, and certify mailing to the Court.

Entered:   8/20/13

_____
United States Bankruptcy Judge

| I ask for this: | Seen and agreed: |
|---|---|
| /s/ Michael D. Hart | /s/ Jason B. Shorter, Counsel |
| Michael D. Hart | Christopher T. Micale, Trustee |
| Michael D. Hart, P.C. | Jason B. Shorter, Counsel |
| Post Office Box 622 | |
| Roanoke, VA 24004 | |
| 540 342-9736 | |
| ecm_service@hart.roacoxmail.com | |